May 9, 2016         www.ghanem.ca